## COLVIN, CHANEY, SAENZ & RODRIGUEZ, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
NORTON A. (TREY) COLVIN, III
ALISON W. COLVIN
CARLA SAENZ MARTINEZ
VICTOR RODRIGUEZ, JR.

1201 EAST VAN BUREN STREET
[P.O. BOX 2155, 78522-2155]
BROWNSVILLE, TEXAS 78520
TELEPHONE: 956.542.7441
TELECOPIER: 956.541.2170
WWW.RCCLAW.COM

NICONDRA CHARGOIS-ALLEN
―――
*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

May 19, 2016

Honorable Andrew S. Hanen                                   ***VIA ECF Filing***
United States District Judge
Third Floor−Courtroom No. 6
United States Courthouse
600 E. Harrison Street, #301
Brownsville, TX 78520

      Re:   Civil Action No. 1:16-cv-30
             *Mary M. Zapata, et. al. v. HSBC Holdings plc, et. al.*
             In the United States District Court for the Southern District of Texas- Brownsville Division

Dear Judge Hanen:

    We are in receipt of the Minute Entry dated May 16, 2016 and your Order of May 17, 2016.

    Regarding the Minute Entry, a portion of the entry should read:

"**Defendants response to Amended Complaint by 06/03/16.** ~~**Plaintiffs**~~ ***Defendants' motion(s) to be filed by 06/17/16 and*** ~~**Defendants**~~ ***Plaintiffs' response due 07/08/16 with*** ~~**Plaintiffs**~~ ***Defendants' reply one week after.***"

    With regard to Your Honor's Order of May 17, 2016, the deadlines set are accurate, but the Order does not reflect your ruling at the hearing that the briefing is to be bifurcated and the June 17 deadline is limited to "fully brief everything, but the 12(b)(6)" issues. Your Honor ruled that Rule 12(b)(6) issues will be briefed later, if necessary.

                            Very truly yours,

                            COLVIN, CHANEY, SAENZ & RODRIGUEZ, L.L.P.

                            /s/ Mitchell C. Chaney

                            Mitchell C. Chaney

Honorable Judge Hanen
May 19, 2016
Page 2

---

cc:

| | |
|---|---|
| Richard M. Elias<br>Greg G. Gutzler<br>Tamara M. Spicer<br>Elias Gutzler Spicer LLC<br>1924 Chouteau Ave., Suite W<br>St. Louis, MO 63103<br>Admitted Pro Hac Vice | ***VIA ECF*** |
| Benigno Trey Martinez<br>State Bar No. 00797011<br>Federal Bar No. 23945<br>Law Offices of Benigno Trey Martinez<br>1201 E. Van Buren Street<br>Brownsville, TX 78520 | ***VIA ECF*** |
| E. Michael Rodriguez<br>State Bar No. 00791553<br>Federal Bar No. 18759<br>Atlas, Hall, & Rodriguez, LLP<br>50 W. Morrison Road, Suite A<br>Brownsville, TX 78520 | ***VIA ECF*** |
| Mark G. Hanchet<br>Robert Hamburg<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>Admitted Pro Hac Vice | ***VIA ECF*** |
| Marc Cohen<br>Paul Hughes<br>Mayer Brown LLP<br>1999 K. Street, N.W.<br>Washington, DC 20006-1101<br>Admitted Pro Hac Vice | ***VIA ECF*** |