United States District Court
Southern District of Texas
**ENTERED**
October 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY M ZAPATA, *et al*, § § Plaintiffs, § VS. § HSBC HOLDINGS PLC, *et al*, § § Defendants. § | CIVIL ACTION NO. 1:16-CV-30 |

### ORDER DISMISSING PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

Pursuant to Plaintiffs' voluntary dismissal of their claims under Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Doc. No. 74], the case is hereby dismissed without prejudice.

Signed this 27th day of October, 2017.

_____
Andrew S. Hanen
United States District Judge